```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38210
    GLORIA J SMITH
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4922


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/14/2004 and was confirmed 12/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.40% from remaining funds.

    The case was paid in full 03/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  NOTICE ONLY    NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV  SECURED           7740.00         602.96        7740.00
AMERICREDIT FINANCIAL SV  UNSECURED        11443.56            .00        3364.52
AMERICASH LOANS LLC       UNSECURED       NOT FILED            .00            .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED            .00            .00
ILLINOIS ATTORNEY GENERA  NOTICE ONLY    NOT FILED            .00            .00
BANKCARD SERVICES         UNSECURED       NOT FILED            .00            .00
J K BENJAMIN & ASSOCIATE  UNSECURED       NOT FILED            .00            .00
CASH ADVANCE CORP         UNSECURED       NOT FILED            .00            .00
CASH ADVANCE CORP         UNSECURED       NOT FILED            .00            .00
CASH RESERVE              UNSECURED       NOT FILED            .00            .00
CHICAGO OFFICE FEDERAL C  UNSECURED         2692.24            .00         791.55
CITY OF CHICAGO PARKING   UNSECURED         1520.00            .00         446.90
COLUMBIA HOUSE            UNSECURED       NOT FILED            .00            .00
DOWNERS GROVE POLICE DEP  UNSECURED       NOT FILED            .00            .00
EQUIFAX RISK MANAGEMENT   UNSECURED       NOT FILED            .00            .00
EXPRESS INC               UNSECURED       NOT FILED            .00            .00
GARY TREINKMAN MD         UNSECURED       NOT FILED            .00            .00
ICE MOUNTAIN              UNSECURED       NOT FILED            .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED       NOT FILED            .00            .00
KENT FINANCIAL SERVICE    UNSECURED       NOT FILED            .00            .00
LANCE S MARTIN ESQ #220   NOTICE ONLY    NOT FILED            .00            .00
CHICAGO FIREMANS CREDIT   NOTICE ONLY    NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY    NOT FILED            .00            .00
PAYROLL LOANS DIRECT      UNSECURED       NOT FILED            .00            .00
WEXLER & WEXLER           NOTICE ONLY    NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED           60.99            .00          17.93
ILLINOIS DEPT OF REVENUE  PRIORITY           403.98            .00         403.98
K MART                    FILED LATE        3070.46            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      1,200.00                      1,200.00
TOM VAUGHN                TRUSTEE                                          840.16
DEBTOR REFUND             REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38210 GLORIA J SMITH
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 15,408.00

PRIORITY                                        403.98
SECURED                                       7,740.00
    INTEREST                                    602.96
UNSECURED                                     4,620.90
ADMINISTRATIVE                                1,200.00
TRUSTEE COMPENSATION                            840.16
DEBTOR REFUND                                      .00
                         ---------------   ---------------
TOTALS                  15,408.00             15,408.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 06/26/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                         PAGE   2
        CASE NO. 04 B 38210 GLORIA J SMITH